RECEIVED JUN - 6 2011 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED JUN 0 1 2011 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

1  JOHN T. KENDALL
   Trustee
2  2601 Blanding Avenue
   Bldg #C, Ste 110
3  Alameda, CA  94501
   (510)523-9821
4

5           UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
6

7  IN RE:                    )   CASE NO.  08-47883
                             )
8  SILVER SOUND              )   Chapter 7
   ELECTRONICS, INC.,        )
9                            )   NOTICE OF UNCLAIMED
             Debtor.         )   DIVIDENDS
10 _____)

11 TO THE CLERK, UNITED STATES BANKRUPTCY COURT

12      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
   Trustee in the above captioned case hereby turns over to the
13 Court, unclaimed dividends in the amount of $171.36.  The name(s)
   and address(es) of the claimants entitled to the unclaimed
14 dividends are as follows:

15 Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

16      (See Attached Schedule)

17

18                         Total Unclaimed Dividends $171.36

19
   Dated: May 28, 2011
20                         _____
                           JOHN T. KENDALL, Trustee
21

Case: 08-47883   Doc# 46   Filed: 06/01/11   Entered: 06/07/11 08:46:11   Page 1 of 2

# UNCLAIMED, UNDELIVERABLE, & SMALL DIVIDEND CHECKS

CASE NAME: SILVER SOUND ELECTRONICS INC

CASE NUMBER: 08-47883

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT FILED | UNCLAIMED FUNDS |
|---|---|---|---|
| #5 | PB Footware USA LLC Lacoste<br>Po Box 33412<br>Hartford CT 06150 | $9,400.82 | $171.36 |
| | | Total Amount | $171.36 |